1170 KEEFER ET AL. vs. BOARD OF SUPERVISORS (Hillsdale), No. 15555; 2 D. L. N., 253; 67 N. W., 981. (Certiorari to Hillsdale.)

To compel respondent board to re-submit the question of the prohibition of the sale of intoxicating liquors, within the County of Hillsdale, to the electors thereof.

The circuit judge denied the writ. Reversed and writ granted June 30, 1896, without costs.

The board declined to order an election on the ground that inasmuch as the election at which the question was last. submitted was held May 14, 1894, and the present petition was filed March 23, 1896, the two years required by the statute before re-submission had not elapsed.

The Supreme Court held, however, that the action by the voters in preparing petitions and presenting them to the board, or the order of the board calling an election need not be deferred until the lapse of two years.